AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Peacock Automotive, LLC,<br>*Plaintiff*<br>v.<br>Granite State Insurance Company,<br>*Defendant* | )<br>)<br>)  Civil Action No.  9:20-cv-1303-BHH<br>)<br>) |

**SUMMARY JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The Court denies Plaintiff Peacock Automotive, LLC's motion for summary judgment and grants Defendant Granite State Insurance Company's motion for summary judgment. The Court finds that Defendant is entitled to summary judgment on Plaintiff's bad faith claim.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, on motions for summary judgment.

Date:  March 16, 2021

*CLERK OF COURT*

s/ Virginia Druce, Deputy Clerk

*Signature of Clerk or Deputy Clerk*